**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6904**

MARCUS DEVAN HUNTER,

Plaintiff - Appellant,

v.

NORTH CAROLINA DEPARTMENT OF ADULT CORRECTION; TODD ISHEE; EDDIE M. BUFFALOE, JR.; BRANDESHAWN HARRIS; COREY JUNKER; DR. ARTHUR CAMPBELL; TERRY CATLETT; VALERIE LANGLEY; ABHAY AGARWAL; SARAH COBB; JOSH PANTER; CHARLOTTE WILLIAMS; ELTON AMES; CENTRAL PRISON; DR. BRIAN SHEITMAN,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:23-ct-03087-BO-RJ)

Submitted: March 28, 2024                                   Decided: April 2, 2024

Before KING and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Marcus Devan Hunter, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus Devan Hunter appeals the district court's order dismissing his amended 42 U.S.C. § 1983 complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Hunter v. N.C. Dep't of Adult Corr.*, No. 5:23-ct-03087-BO-RJ (E.D.N.C. Aug. 31, 2023). We deny Hunter's motion to amend his informal brief to the extent he seeks *de novo* review in No. 23-1797, a case in which we dismissed Hunter's petition for a writ of mandamus for failure to prosecute. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
